UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEALEY,

        Plaintiff,

   v.

DOE,

        Defendant.

Case No. 22-cv-06513-JSW

**ORDER GRANTING PLAINTIFF'S MOTION FOR TRANSFER**

(ECF No. 10)

    Pursuant to Plaintiff's motion indicating that his lawsuit concerns matters and defendants at Corcoran State Prison, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action is TRANSFERRED to the United States District Court for the Eastern District of California.

    The Clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: January 17, 2023

_____
JEFFREY S. WHITE
United States District Judge